IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARVIN L. DYSON,<br>    Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 2:09-cv-3846 |
| MICHAEL J. ASTRUE, Commissioner of<br>the Social Security Administration,<br>    Defendant. | : | |

## Order

**AND NOW**, this 30th day of June, 2010, upon independent review of plaintiff's "Motion in Support of Request for Review" (Docket No. 8), the Commissioner's "Response to Request for Review of Plaintiff" (Docket No. 9) and the administrative record, and after careful consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, the Commissioner's Objections, and plaintiff's response, it is hereby **ORDERED** that:

1. The Commissioner's Objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. Plaintiff's request for review is **GRANTED** to the extent that the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the accompanying memorandum; and

4. The decision of the Commissioner is **REVERSED** for the purposes of this remand only.

s/William H. Yohn Jr. Judge<br>
William H. Yohn Jr., Judge